IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY CULBERT, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | No. 2:20-cv-6396 |
| v. | : | |
| | : | |
| LAWRENCE KRASNER et al., | : | |
| Respondents. | : | |

**ORDER**

**AND NOW,** this 22nd day of January 2021, upon consideration of the Petition for Writ of Habeas Corpus and the District Attorney of Philadelphia's Response of Non-Opposition, it is **ORDERED** that the Petition for a Writ of Habeas Corpus is **GRANTED**. Petitioner's sentence is vacated and the matter is remanded for resentencing. Within ninety (90) days of this Order, Petitioner must be resentenced or released from all custody.

                                                       ___s/ANITA B. BRODY, J._____
                                                       ANITA B. BRODY, J.

Copies **VIA ECF**